# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § § § § § § | |
| | | **CASE NUMBER 6:15-CR-00047-JCB** |
| v. | | |
| **JOSEPH EDWARD SMITH,** | | |

## REPORT & RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On June 21, 2024, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Joseph Edward Smith. The government was represented by Lucas Machicek, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Ken Hawk, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession of a Stolen Firearm, a Class C felony. This offense carried statutory maximum imprisonment terms of 10 years. The guideline imprisonment range, based on total offense level of 19 and criminal history category of VI, was 63 to 78 months. On July 27, 2016, U.S. District Judge Michael Schneider sentenced Defendant to 72 months imprisonment, followed by 3 years of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, drug after-care, mental health treatment, and $100 special assessment. On February 5, 2021, Defendant completed his period of imprisonment and began service of the supervision term.

Under the terms of supervised release, Defendant was required to refrain from committing any federal, state, or local crime and from any unlawful possession of a controlled substance. In

its petition, the government alleges that Defendant violated his conditions of supervised release when he was arrested on October 8, 2023 for Driving While Intoxicated, False Drug Test Falsification Device, and Possession of a Controlled Substance PG 2>=4G<400G. The government further alleges that Defendant violated his conditions of supervised released when he tested positive for the use of marijuana and methamphetamine on June 22, 2023. The government submits that Fifth Circuit case law permits the court to find that illicit drug use constitutes possession.

If the court finds by preponderance of the evidence that Defendant violated the conditions of supervised release by committing the 2d degree felony violation of Possession of a Controlled Substance PG 2>=4G<400G and by possessing methamphetamine and marijuana, Defendant will have committed a Grade B violation. U.S.S.G. § 7B1.1(a). Upon finding of a Grade B violation, the court shall revoke supervised released. U.S.S.G. § 7B1.3(a)(1). Considering Defendant's criminal history category of VI, the Guideline imprisonment range for a Grade B violation is 21 to 27 months; however, the statutory maximum is 24 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to the Grade B violations of the conditions of supervision referenced above as alleged in the government's petition. In exchange, the government recommended to the court a sentence of 18 months imprisonment with no supervised release to follow. The government further recommended a downward departure from the advisory sentencing guidelines as during the entire course of his supervised release term, Defendant has demonstrated the capacity for success in maintaining a job, managing his child under extenuating and difficult circumstances, and succeeding in rehabilitation programs while in custody. Having considered the arguments of counsel, the court agrees that a downward departure is appropriate in this case.

The court therefore **RECOMMENDS** that Defendant Joseph Smith's plea of true be accepted and he be sentenced to 18 months imprisonment with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve his sentence at FCI Forrest City, Arkansas, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 21st day of June, 2024.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE